IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Kim G. Gaiton, | : | |
| Plaintiff | : | Civil Action 2:14-cv-00105 |
| v. | : | Judge Watson |
| Pfizer, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## Order

Plaintiff, Kim G. Gaiton, and Defendant, Pfizer Inc., have jointly requested a stay of all proceedings in this case pending its transfer to MDL No. 2502, which is styled *In Re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation (No. II)* ("MDL No. 2502"). Having considered the parties' motion, and for good cause shown, the Court finds that a stay is warranted and will promote the just and efficient adjudication of the parties' claims. Accordingly, this action is hereby STAYED pending transfer to MDL No. 2502 in the District of South Carolina.

s/Mark R. Abel
United States Magistrate Judge